IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN HARRIS,

        Plaintiff,                    No. CIV S-11-2227 KJM CKD P

   vs.

J. KENWOOD, et al.,

        Defendants.             FINDINGS AND RECOMMENDATIONS

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On September 1, 2011, plaintiff was ordered to pay the $350 filing fee for this action within twenty-one days.  In the same order, plaintiff was informed that failure to file the fee would result in a recommendation that this action be dismissed.  The twenty-one day period has now expired and plaintiff has not paid the fee and has not responded to the court's order.

        For the foregoing reasons, IT IS HEREBY RECOMMENDED that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written

1

1  objections with the court and serve a copy on all parties.  Such a document should be captioned
2  "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the
3  objections shall be filed and served within seven days after service of the objections.  The parties
4  are advised that failure to file objections within the specified time may waive the right to appeal
5  the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

  Dated: October 3, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

de
harr2227.f&r